THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALVIN ASHLEY and JAKE LERCH, | CASE NO. C17-0201-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| OCEAN FORCE FISHERIES, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties have notified the Court that they have reached a settlement. The Clerk is DIRECTED to statistically close this case pending submission of dismissal paperwork.

DATED this 31st day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0201-JCC
PAGE - 1