THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALVIN ASHLEY and JAKE LERCH,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN FORCE FISHERIES LLC, SEAWATER SEAFOODS, and BRET A HAMRICK, in personam; F/V OCEAN FORCE, Official Number 538936, her engines, machinery, appurtenances and cargo, in rem,<br><br>Defendant. | CASE NO. C17-0201-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs have filed a notice of voluntary dismissal (Dkt. No. 19). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

MINUTE ORDER C17-0201-JCC
PAGE - 1

1  DATED this 20th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0201-JCC
PAGE - 2